**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SARA JEAN FRANCO | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | CASE NO. 17-07031 |

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK, U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA:

Kindly enter my appearance on behalf of debtor in the above captioned case.

    1/3/18
Date

Joseph F.Claffy /s/
Joseph F. Claffy I.D. No. 35142
Joseph F. Claffy & Associates, P.C.
100 South High Street
West Chester, PA 19382
(610) 429-0900