# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SARA JEAN FRANCO | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 17-17031 elf |

SPECIALIZED LOAN SERVICING LLC, as servicer for BNY MELLON f/k/a THE BANK OF NEW YORK successor

*Movant*

vs

Sara Jean Franco.............Debtor
Alejandro Franco............Co-Debtor

William C. Miller, Esq. ........Trustee

## DEBTOR'S ANSWER TO SPECIALIZED LOAN SERVICING LLC'S MOTION FOR RELIEF FROM STAY

**1.** Denied that Movant is servicer for the Real Party in interest. Strict proof of such demanded.

**2.** Admitted.

**3.** Denied that "Movant" is the holder of the mortgage; to the contrary, the "Movant" is Specialized Loan Servicing LLC according to the pleading. The owner is anther entity according to the pleading.

**4.** Admitted.

**5.** Admitted.

**6.** Denied. Debtor has no knowledge of any payments made by co-debtor and therefore must deny the allegation and demand strict proof.

**7.** Denied. Strict proof demanded.

**8.** Denied as stated.

**9.** Denied as a conclusion of law. By way of further answer, No service has been made upon co-debtor who resides other than at the address served. Furthermore, Movant knows of co-debtor's address, yet failed to serve him there, as is stated in the Certificate of Service.

**10. Denied as a request for future declaratory relief. Furthermore, whatever remedies are available to movant, remain available even if relief were to be granted.**

**WHEREFORE, Debtor request your honorable court to deny the said Motion.**

Respectfully submitted,

　/s/ Joseph F. Claffy　
Joseph F. Claffy, Esquire
Attorney for Debtor
26 S. Church St.
West Chester, PA 19382
610-429-0900
ID 35142